### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Barbara O. Blyden,** | : | Case No.  20-12772 – PMM |
| | : | |
| | : | |
| Debtor. | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #25), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **January 7, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  December 8, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**