UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    BARBARA O. BLYDEN,              :        Bankruptcy No. 20-12772 PMM
                                    :        Chapter 13
             Debtor            :

## **ORDER**

AND NOW, after notice and hearing, it is

**ORDERED** that the case is DISMISSED.  It is further

**ORDERED** that any wage order entered in this case is hereby TERMINATED, and the employer shall cease wage withholding immediately.  It is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel on May 10, 2021.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge