**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
    BARBARA O. BLYDEN,              :       Bankruptcy No. 20-12772  PMM
                                                    :       Chapter 13
        Debtor(s)              :

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 1ST day of June 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 10, 2021 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

                                                s/ David S. Gellert
                                                David S. Gellert, Esquire
                                                David S. Gellert, P.C.
                                                1244 Hamilton Street, Suite 204
                                                Allentown, PA 18102
                                                dsgatn@rcn.com