## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    BARBARA O. BLYDEN,                     :    Bankruptcy No.  20-12772 PMM
                                           :    Chapter 13
        Debtor                         :

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW,** upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Any wage orders previously entered are **VACATED.**

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including application for allowances of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtors shall file either:**

    (a) a certification of no response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or

    (b) a certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to the Debtors pursuant to 11 U.S.C. §1326(a)(2).

**BY THE COURT:**

**Date: June 10, 2021**

*Patricia M. Mayer*

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**