United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara O. Blyden  
    Debtor

Case No. 20-12772-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jun 10, 2021      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara O. Blyden, 23 S. Franklin Street, Allentown, PA 18102-4438 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14606417 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14514259 | + | KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14514260 | + | Lehigh Valley Health Network, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14514261 | + | NewRez LLC, 1100 Virginia Drive, Fort Washington, PA 19034-3235 |
| 14558427 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521580 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Department, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 11 2021 02:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14563455 | | Email/Text: coabankruptcy@allentownpa.gov | Jun 11 2021 02:18:00 | CITY OF ALLENTOWN, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14533247 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 02:06:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14514262 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | PA Department of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14524256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-12772-pmm    Doc 50    Filed 06/12/21    Entered 06/13/21 00:32:59    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdf900 | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Barbara O. Blyden dsgatn@rcn.com  r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| BARBARA O. BLYDEN, | : | Bankruptcy No. 20-12772 PMM |
| | : | Chapter 13 |
| Debtor | : | |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW,** upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Any wage orders previously entered are **VACATED.**

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including application for allowances of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtors shall file either:**

    (a) a certification of no response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or

    (b) a certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to the Debtors pursuant to 11 U.S.C. §1326(a)(2).

**BY THE COURT:**

**Date: June 10, 2021**

_Patricia M. Mayer_
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**