| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12772-PMM**

Barbara O. Blyden  
23 S. Franklin Street  
Allentown  PA    18102

Petition Filed Date: 06/25/2020  
341 Hearing Date: 08/25/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/28/2020 | $450.00 | | 12/07/2020 | $450.00 | | | | |

**Total Receipts for the Period:  $900.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A »» 001 | Mortgage Arrears | $44,045.82 | $0.00 | $0.00 |
| 2 | NEWREZ LLC  D/B/A »» 005 | Mortgage Arrears | $3,191.85 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $1,253.29 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 02P | Priority Creditors | $165.74 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $584.85 | $0.00 | $0.00 |
| 6 | CITY OF ALLENTOWN »» 04P | Priority Creditors | $572.25 | $0.00 | $0.00 |
| 0 | DAVID S GELLERT, ESQ | Attorney Fees | $2,259.30 | $0.00 | $2,259.30 |
| 7 | CITY OF ALLENTOWN »» 04U | Unsecured Creditors | $70.00 | $0.00 | $0.00 |
| 8 | CITY OF ALLENTOWN »» 04S | Secured Creditors | $636.41 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12772-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,200.00 |
| Paid to Trustee: | $76.50 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $823.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.